UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY LLOYD KALSO,<br><br>Petitioner,<br><br>v.<br><br>BUTTE COUNTY SUP. CT.,<br><br>Respondent. | Case No. 24-cv-01037 NC (PR)<br><br>**ORDER OF TRANSFER** |

Petitioner, a state prisoner at the Corrections Division in Butte County, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. *See* Dkt. No. 1. Petitioner challenges his state conviction out of Butte County. *Id.* at 2.

Venue for a habeas action is proper in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Here, Petitioner was both convicted and is currently confined in Butte County, which lies within the venue of the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 84(b). Therefore, venue properly lies in the Eastern District and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, this case is **TRANSFERRED** to the United States District Court for

the Eastern District of California.  *See* 28 U.S.C. § 1406(a).  The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

DATED: February 28, 2024

NATHANAEL M. COUSINS
United States Magistrate Judge

Order of Transfer
PRO-SE\NC\HC 2024\01037Kalso_transfer(ED)