1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     EASTERN DISTRICT OF CALIFORNIA
10

11   ZACHARY LLOYD KALSO,                    Case No.  2:24-cv-00653-TLN-JDP

12                   Petitioner,

13          v.                               **ORDER**

14   BUTTE COUNTY SUPERIOR COURT,

15                   Respondent.

16

17          Petitioner Zachary Lloyd Kalso ("Peititioner"), a state prisoner proceeding *pro se*, has

18   filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was

19   referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule

20   302.

21          On October 1, 2024, the magistrate judge filed findings and recommendations herein

22   which were served on Petitioner, and which contained notice to Petitioner that any objections to

23   the findings and recommendations were to be filed within fourteen days.  Petitioner has not filed

24   objections to the findings and recommendations.

25          The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

26   F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.

27   *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the

28   magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations filed (ECF No. 11) are ADOPTED IN FULL;

2.  This action is DISMISSED without prejudice for failure to prosecute and failure to comply with court orders for the reasons set forth in the August 12, 2024 order;

3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4.  The Clerk of Court is directed to close this case and to enter judgment accordingly.

IT IS SO ORDERED.

Date: October 29, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE